# Exhibit D
*Win Passage as Published by Defendant*



## Magna Times Sports

   

# Cyprus Ends Football Season With Awards Banquet Last Saturday



**The Magna Times**    search...    SUBSCRIBE    LOGIN    LOGOUT    ABOUT

Magna, UT    79°F    HOME    NEWS    SERVICES    SUBMIT    PHOTO GALLERY    CLASSIFIED ADS    CALENDAR    LINKS

Coach Jed Smith presents the Scott Beck Memorial Award to team MVP Nick Brown ~ Magna Times / Richard Elliott

**Report By: Richard Elliott, Magna Times Publisher**    Sunday, December 20, 2015

The Cyprus Football program turnaround continued Statuary night with a first-class award banquet at the Maverick Center. The room was overflowing with energy and enthusiasm. Coach Jed Smith set the tone for the evening when he said in his opening remarks to the player's parents, "You've got great kids! They've been great to work with. Parents, we can't thank you enough for loaning your kids to us, and allowing us to work with them." He added in praise of his assistants, "We have a young staff but it's a great group of young men." He continued, "we have some things to learn, with many of us in our first year."

The highlight of the evening were individual awards.

Coach Jed Smith focused on academics first. The team goal was to have a team grade point average of 3.0. The 17 departing seniors have an outstanding 3.75 GPA. When Coach Smith included the underclassmen, the overall team GPA was 3.31 GPA – well above the team goal. Coach Smith challenged the younger players to step it up. Pirates Ruben Ochoa, Tyler Jewell, Matthew Hatch, Angel Rodriquez and Omar Campos where names to the Academic All-Region Team.

Nine players were named to the Region VI all Region Team. Hatch, an offensive lineman, T.J. Palu, a defensive tackle, and Campos, a linebacker were all named to the First Team. Named to the Second Team were Thomas Lanktgree, Nick Brown, Nafe P:ututau and Jaron Mussleman. Soujah Gasu and L.J. Faletui were named Honorable Mention.

The prestigious Scot Beck Memorial Award presented to the team MVP was presented by Coach Smith to Nick Brown. Coach Smith described Brown, "he was the kid that when we needed him most, he was ready and he took it." He added, "He ran like a possessed



human being. No one was going to stop him." Other award winners were Co-Most Improved Players, Nafe Pututau and Soujah GAsu, Offences MVP Thomas Lanktree, Defensive MV T.J. Palu, Special Teams MVP Rick Garreaud, "Mussel Island" awarded to Jaron Musselman and Matthew Hatch, Most Outstanding Big award.

The Coach used respect over and over as he described his young men. After the dinner, he said that respect, "is everthing. Without respect messages don't get send and received appropriately."

A few of the Pirates might play and the next level. He singled out Pututau, Lanktree and Brown as players who might Looking ahead to 2016, Coach Smith said he was looking forward to great things from quarterback / linebacker Brooks Madsen, linebacker and tight end Omar Campos, running back Soujah Gasu and defensive tackle T.J. Palu. He added that the Friday night fan support is great but the parental involvement with the booster club "need to get a lot better."

Coach Smith also introduced the Theme for 2016 with a poem by Dr. Keith Bell.

W.I.N. – "Winning isn't Normal"

Winning isn't normal. That doesn't mean there is anything wrong with winning. It just isn't normal. It's highly unusual.

Every completion has only one winner. No matter how many people are entered (not to mention all those that tried and failed to make the cuts), only one person or teams wins the championship.

Winning is unusual – as such it requires unusual action.

In order to win, you must do extraordinary things. You cannot just be one of the crowd. The crowd doesn't' win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than other do. You have to want it more. WANTING IT MORE IS A DECISION YOU MAKE AND AT UPON – NOT SOME INHERENT QUALITY OR BURNING INNER DRIVE OR INSPIRATION! You have to make the value a priority.

You cannot train like everyone else. You have to train more and train better.

You cannot talk like every else. You cannot think like everyone else.

You cannot be too willing to join the crowd, to do what is expected, to in a socially accepted manner, to do what is "in."

You need to be willing to stand out in a crown and CONSISTENTLY take exceptional action.

If you want to win, you need to accept the risks and perhaps the loneliness…because WINNING ISN'T NORMAL!!!!

— *The Magna Times*

  


Submit your comments and letters to the editor

## Tell your friends you saw it in the Magna Times!





**DON'T MISS**

**Friday Night Welcome Ho…**

Friday Night Lights: F… Strong with Victory O…

Thanks, Magna!

Free Financial Peace at Magna Library

Why Everyone Shoul… Term Care

Make-Ahead Breakfa… School Days

Kindergarten is the n… your preschooler rea…

Engage kids' love of n… bird feeding, ditch th… get them outdoors



3 tips when buying a

ADVERTI
300 x 20

| | | |
|---|---|---|
| **NEWS** | Headlines • Local News • Sports • Voices • Lifestyle • Entertainment • Education • Religion • Pocketbook • Obituaries • Business |
| **SERVICES** | Advertise on Web • Business Directory • For More Information |
| **SUBMIT** | Submit News • Submit Birth Announement • Submit Marriage Announcements • Submit Anniversaries • Submit Business Direcctory |
| **PHOTO GALLERY** | Magna Times Photo Galleries |
| **CLASSIFIED ADS** | Submit Classifieds • View Classifieds |
| **CALENDAR** | Submit Events • View Events • Magna Kennecott Senior Center • Magna Library Calendear • Magna Town Council • Cyprus HS • Matheson JHS |
| **LINKS** | Utah Public Notice Website • Magna Township • Magna Chamber of Commerce • Ethnic and Mining Museum of Magna • Magna Water • Unified Police |

You are visitor: 189,571

{ powered

© Copyright  2017 Magna Times, LLC.  All rights reserved. Sitemap