IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **Keith F. Bell,**  **Plaintiff,**  vs.  **Magna Times et al,**  **Defendant.** | **ORDER TO SHOW CAUSE**  Case No. 2:18-cv-00497-DAK  District Judge Dale A. Kimball |

Plaintiff is hereby ordered to show cause why the above captioned case should not be dismissed for failure to prosecute. Plaintiff is directed to respond in writing within ten (10) days from the date of this order and inform the Court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.

DATED this 13th day of January, 2020.

BY THE COURT:

Dale A. Kimball
United States District Judge