Julianne P. Blanch, USB #6495
Grace S. Pusavat, USB #15713
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JBlanch@parsonsbehle.com
GPusavat@parsonsbehle.com
ecf@parsonsbehle.com

C. Ashley Callahan (*pro hac vice*)
**LAW OFFICES OF C. ASHLEY CALLAHAN, P.C.**
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Telephone: 512.817.3977
Telecopier: 512.287.3127
Acallahan@callahanlawoffices.com

Joshua G. Jones (*pro hac vice*)
**THE LAW OFFICE OF JOSHUA G. JONES**
609 Castle Ridge Road, Ste. 450
Austin, TX 78746
Telephone: 512.552.6123
jjones@jgjoneslaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEITH F. BELL, PH.D.,<br><br>Plaintiff,<br><br>vs.<br><br>MAGNA TIMES, LLC, RICHARD ELLIOTT, EMILY GOULD, AND THE MAGNA TIMES,<br><br>Defendant. | **RESPONSE TO ORDER TO SHOW CAUSE**<br><br>2:18-cv-00497-DAK-EJF<br><br>The Honorable Dale A. Kimball |

Plaintiff Keith Bell, through counsel, responds to the Order to Show Cause why the above captioned case should not be dismissed for failure to prosecute (Dkt. 41). Keith Bell's counsel intends to file a motion to withdrawal in this matter, which requests that Mr. Bell be given 21 days upon the entry of an order granting the motion to withdraw to find new counsel or appear pro se.

4822-9987-9858v1

DATED this 16th day of January, 2020.

                                    Respectfully submitted,

*s/ Grace S. Pusavat*
Julianne P. Blanch, USB #6495
Grace S. Pusavat, USB #15713
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JBlanch@parsonsbehle.com
GPusavat@parsonsbehle.com
ecf@parsonsbehle.com


C. Ashley Callahan
   State Bar No. 24027545
**LAW OFFICES OF C. ASHLEY CALLAHAN, P.C.**
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Telephone:  512.817.3977
Telecopier:  512.287.3127
acallahan@callahanlawoffices.com


Joshua G. Jones (pro hac vice)
**THE LAW OFFICE OF JOSHUA G. JONES**
609 Castle Ridge Road, Ste. 450
Austin, TX 78746
Telephone:  512.552.6123
jjones@jgjoneslaw.com

**ATTORNEYS FOR PLAINTIFF**

4822-9987-9858v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, I caused the foregoing to be electronically filed with the Court by CM/ECF to be served through the CM/ECF system.

                                                          */s/ Grace S. Pusavat*