Julianne P. Blanch, USB #6495
Grace S. Pusavat, USB #15713
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JBlanch@parsonsbehle.com
GPusavat@parsonsbehle.com
ecf@parsonsbehle.com

C. Ashley Callahan (*pro hac vice*)
**LAW OFFICES OF C. ASHLEY
CALLAHAN, P.C.**
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Telephone:  512.817.3977
Telecopier:  512.287.3127
Acallahan@callahanlawoffices.com

Joshua G. Jones (*pro hac vice*)
**THE LAW OFFICE OF JOSHUA G.
JONES**
609 Castle Ridge Road, Ste. 450
Austin, TX 78746
Telephone:  512.552.6123
jjones@jgjoneslaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KEITH F. BELL, PH.D., | **MOTION TO WITHDRAW AS COUNSEL** |
| Plaintiff, | |
| v. | 2:18-cv-00497-DAK-EJF |
| MAGNA TIMES, LLC, RICHARD ELLIOTT, EMILY GOULD, AND THE MAGNA TIMES, | The Honorable Dale A. Kimball |
| Defendant. | |

Pursuant to DUCivR 83-1.4, Julianne P. Blanch and Grace Pusavat and the law firm of

Parsons Behle and Latimer, C. Ashley Callahan from the Law Offices of C. Ashley Callahan, and

Joshua G. Jones of the Law Offices of Joshua G. Jones (collectively, "**Counsel**") move this Court

4850-7093-8546v1

for leave to withdraw as counsel for Keith F. Bell, Ph.D.  ("**Client**" or "**Plaintiff**").  The Client's last known address is:

> Keith F. Bell
> 3101 Mistyglen Cir.
> Austin, TX 78746
> (512) 327-2260
> drkeithbell@gmail.com

The reason for withdrawal is that the representation has been rendered unreasonably difficult due to a break down in the attorney-client relationship.

This motion is made without the Client's consent and is accompanied by a certification that the motion was sent to the Client and to all parties.  In accordance with DUCivR 83-1.4(b)(2), attached as Exhibit 1 is a description of the status of the case including the dates and times of any scheduled court proceedings, requirements under any existing court orders, and any possibility of sanctions.  The undersigned certifies that no trial date is set.

A proposed Order Granting Motion to Withdraw as Counsel is attached as Exhibit 2 and has been submitted in Word format by email to the presiding judge in this case.

## NOTICE TO CLIENT

1.      If this motion is granted and no Notice of Substitution of Counsel has been filed, then you must file a Notice of Appearance within twenty-one (21) days after entry of the Order Granting Motion to Withdraw as Counsel, unless otherwise ordered by the court.

DATED this 16th day of January, 2020.

PARSONS BEHLE & LATIMER


*/s/ Grace S. Pusavat*
Grace S. Pusavat

*Attorneys Plaintiff*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 16th day of January, 2020, I caused a true and accurate copy of

the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be served on Keith F. Bell as

follows:

>   Keith F. Bell
>   3101 Mistyglen Cir.
>   Austin, TX 78746
>   (512) 327-2260
>   drkeithbell@gmail.com

I further certify that on this 16th day of January, 2020, I caused a true and accurate copy of

the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be served via CM/ECF on all

counsel who have enrolled to receive electronic service in this case.

>   */s/ Grace S. Pusavat*
>   Grace S. Pusavat

<u>Exhibit 1</u>

*Written description of the status of the case, including the dates and times of any scheduled court proceedings, pending compliance with any existing court orders, and the possibility of sanctions*

<u>Status of Case No. 2:19-cv-00209-TC</u>

Plaintiff Keith F. Bell ("**Plaintiff**") initiated this case by filing the Complaint against on June 20, 2018. Defendants Emily Gould and the Magna Times were served on September 16, 2018. Defendants Richard Elliott and Magna Times, LLC waived service. Defendant Emily Gould failed to answer the complaint or otherwise respond, and the clerk of court entered a default certificate against Ms. Gould. Defendants Richard Elliott and Magna Times, LLC filed a Motion for Summary Judgment, which was granted on April 29, 2019.

Pursuant to DUCivR 83-1.4(c), upon entry of an order granting a motion to withdraw, the action shall be stayed until twenty-one (21) days after entry of the order; unless otherwise ordered by the court. After expiration of the stay period, either party may request a scheduling conference or submit a proposed amended scheduling order.

Within twenty-one (21) days after entry of an order granting a motion to withdraw, or within the time otherwise required by the court:

(i)     Any <u>individual</u> whose attorney has withdrawn is required to file a notice of pro se appearance <u>or</u> new counsel shall file an appearance on that party's behalf.

An unrepresented party who fails to appear within twenty-one (21) days after entry of the order, or within the time otherwise required by the court, may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

<u>Exhibit 2</u>

*Proposed Order Granting Motion to Withdraw as Counsel*

4850-7093-8546v1

Julianne P. Blanch, USB #6495
Grace S. Pusavat, USB #15713
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JBlanch@parsonsbehle.com
GPusavat@parsonsbehle.com
ecf@parsonsbehle.com

C. Ashley Callahan (*pro hac vice*)
**LAW OFFICES OF C. ASHLEY
CALLAHAN, P.C.**
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Telephone:  512.817.3977
Telecopier:  512.287.3127
Acallahan@callahanlawoffices.com

Joshua G. Jones (*pro hac vice*)
**THE LAW OFFICE OF JOSHUA G.
JONES**
609 Castle Ridge Road, Ste. 450
Austin, TX 78746
Telephone:  512.552.6123
jjones@jgjoneslaw.com

*Attorneys for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KEITH F. BELL, PH.D., <br><br>       Plaintiff, <br><br> v. <br><br> MAGNA TIMES, LLC, RICHARD ELLIOTT, EMILY GOULD, AND THE MAGNA TIMES,, <br><br>       Defendant. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** <br><br> 2:18-cv-00497-DAK-EJF <br><br> The Honorable Dale A. Kimball |

The court, having reviewed the Motion to Withdraw as Counsel filed by Julianne P. Blanch

and Grace Pusavat and the law firm of Parsons Behle and Latimer, C. Ashley Callahan from the

Law Offices of C. Ashley Callan, and Joshua G. Jones of the Law Offices of Joshua G. Jones

(collectively, "**Counsel**"), and good cause appearing for such motion, hereby GRANTS the motion.

IT IS HEREBY ORDERED that:

1. Counsel may withdraw, and is hereby removed as counsel for Keith F. Bell, ("**Plaintiff**");

2. Unless a Notice of Substitution of Counsel has been filed, within twenty-one (21) days after entry of the order, or within the time otherwise required by the court, the unrepresented party shall file a notice of appearance;

3. A party who fails to file such a Notice of Substitution of Counsel or Notice of Appearance may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

IT IS SO ORDERED.

DATED this _____ day of January 2020.

BY THE COURT:

_____

Judge Dale Kimball

4850-7093-8546v1