IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KEITH F. BELL, PH.D.,<br><br>     Plaintiff,<br><br>v.<br><br>MAGNA TIMES, LLC, RICHARD ELLIOTT, EMILY GOULD, AND THE MAGNA TIMES,<br><br>     Defendants. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (ECF NO. 43)**<br><br>2:18-cv-00497-DAK-EJF<br><br>District Judge Dale A. Kimball<br><br>Magistrate Judge Evelyn J. Furse |

The Court, having reviewed the Motion to Withdraw as Counsel (ECF No. 43) filed by Julianne P. Blanch and Grace Pusavat and the law firm of Parsons Behle and Latimer, C. Ashley Callahan from the Law Offices of C. Ashley Callan, and Joshua G. Jones of the Law Offices of Joshua G. Jones (collectively, "**Counsel**"), and good cause appearing for such motion, hereby GRANTS the motion.

IT IS HEREBY ORDERED that:

1. Counsel may withdraw, and is hereby removed as counsel for Keith F. Bell, ("**Plaintiff**").

2. Unless a Notice of Substitution of Counsel has been filed, Plaintiff or new counsel for Plaintiff must file a Notice of Appearance within twenty-one (21) days after the entry of this order, unless otherwise ordered by the Court.  A party who fails to file such a Notice of Substitution of Counsel or Notice of Appearance may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

1

2

3.  Within ten (10) days after the filing of a Notice of Substitution of Counsel or Notice of

    Appearance, Plaintiff must respond to the Order to Show Cause (ECF No. 41), showing

    cause why this case should not be dismissed for failure to prosecute.

4.  The Court orders this case shall be stayed until twenty-one (21) days after entry of this

    order.

5.  The Court will cause this Order to be sent to Plaintiff at the address set forth in the

    Motion for Withdrawal of Counsel and to all other parties.


DATED this 17th day of January, 2020.

BY THE COURT:

Evelyn J. Furse
United States Magistrate Judge